FILED

JAN - 5 2022

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. S1-4:21 CR 507 SEP PLC |
| ) | |
| DERAMOND FARMER, ) | |
| ) | |
| Defendant. ) | |

## REQUEST FOR CONTINUED DETENTION

The United States of America, by and through its Attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Cassandra J. Wiemken, Assistant United States Attorneys for the District, requests that Defendant continued to be detained pending trial.

1. A previous Indictment per case number 4:21 CR 507 SEP PLC was filed against the Defendant on September 15, 2021. (Dkt. #2.) At that time, the United States moved for Defendant's detention pending trial. (Dkt. #6.) Defendant then had his initial appearance and detention hearing on September 17, 2021. (Dkt. #8.)

2. Defendant was then ordered detained pending trial on September 30, 2021. (Dkt. #16.)

3. For the reasons set out in the previous motion for pretrial detention, on the record during the detention hearing, and in the detention order, the United States moves for this Defendant's detention pending trial to continue.

4. Additionally, Defendant now faces ten more years in mandatory minimums. Therefore, Defendant now has an even stronger incentive to flee.

WHEREFORE, for these reasons and the reasons previously set out on the record in this case, the United States requests that Defendant remain detained pending trial.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Cassandra J. Wiemken*
CASSANDRA J. WIEMKEN, #91586KY
Assistant United States Attorney